FILED

01/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0550

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MISTY JUNE MILLER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 5, 2023, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 12 2023